UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMMY LYNN FARRUGIA DICKSON, ET AL | CIVIL ACTION |
| VERSUS | NO. 10-3069 |
| TEXAS INTERNATIONAL EXPRESS, L.L.C., ET AL. | SECTION "N" (1) |

# O R D E R

Local Rule 7.5E of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed <u>and</u> that a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to the "Defendant Allstate Property & Casualty Insurance Company's Motion for Summary Judgment" (Rec. Doc. 95)**,** set for hearing on October 19, 2011, was filed timely, and the Court has been informed that there is no opposition to this motion. Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** that **"Defendant Allstate Property & Casualty Insurance Company's Motion for Summary Judgment" (Rec. Doc. 95)** should be and is hereby **GRANTED**. Thus, all claims asserted against Allstate Property & Casualty Insurance Company are dismissed.

A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing

of the motion for reconsideration.

New Orleans, Louisiana, this 18th day of October, 2011.

_____
KURT D. ENGELHARDT

United States District Judge